ACCEPTED
01-15-00470-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/29/2015 1:46:26 PM
CHRISTOPHER PRINE
CLERK

# NO. 01-15-00470-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/29/2015 1:46:26 PM

CHRISTOPHER A. PRINE
Clerk

In the First Court of Appeals
Houston, Texas

**DANIEL LEON STEIN,**
Appellant,

v.

**JOHN REGER AND SHU W. REGER,**
Appellees.

On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2014-25605

## NOTICE OF APPEARANCE

Now appearing as lead counsel in this matter on behalf of Appellant

Daniel Leon Stein:

Peter M. Kelly
State Bar No. 00791011
KELLY, DURHAM & PITTARD, L.L.P.
1005 Heights Boulevard
Houston, Texas 77008
Telephone: 713.529.0048
Facsimile:  713.529.2498
Email: pkelly@texasappeals.com

Appellant requests that the court direct its clerk to note this appearance in the records it maintains with respect to this case.  Mr. Carlos A. Leon and Piero A. Garcia will continue as co-counsel in this case.

Respectfully submitted,

KELLY, DURHAM & PITTARD, L.L.P.

By:    /s/ Peter M. Kelly
       Peter M. Kelly (Lead Counsel)
       State Bar No. 00791011
       1005 Heights Boulevard
       Houston, Texas 77008
       Telephone:  713.529.0048
       Facsimile:   713.529.2498
       Email: pkelly@texasappeals.com

THE LEON LAW FIRM, P.C.

By:    /s/ Carlos Leon
       Carlos A. Leon
       State Bar No.00794157
       Piero A. Garcia
       State Bar No.24090112
       Comerica Bank Building
       One Sugar Creek Center Blvd.
       Suite  980
       Sugar Land, Texas 77478
       Telephone:  281.980.4529
       Facsimile:   281.980.4530

**Counsel for Appellant**
**Daniel Leon Stein**

**CERTIFICATE OF SERVICE**

A true and correct copy of this *Notice of Appearance* has been forwarded to all counsel of record on July 29, 2015, as follows:

Robert M. Browning                                        *Via Facsimile: 713.629.5027*
James L. Silliman
BROWN SIMS
Tenth Floor
1177 West Loop South
Houston, Texas 77027
rbrowning@brownsims.com

**Counsel for Appellees John Reger and Shu W. Reger**

 /s/ Peter M. Kelly
Peter M. Kelly